**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 03-413C** |
| | ) | **(Judge Block)** |
| **V.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

The undersigned counsel and Grayson, Kubli & Hoffman, P.C. ("Grayson"), counsel for Plaintiff United International Investigative Services, Inc. ("UIIS"), pursuant to RCFC 83.1(c)(6), file this unopposed Motion for Leave to Withdraw as Counsel of Record for UIIS in this case.

Under District of Columbia Rule of Professional Responsibility ("Rule") 1.6:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, **or** if:
> . . .
>
> (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given a reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(Emphasis added).

UIIS has failed substantially to fulfill an obligation to Grayson. UIIS has been given a reasonable warning, and UIIS has consented to the withdrawal of Grayson as counsel of record. Grayson also has consulted with the U.S. Department of Justice, which states that it does not oppose this Motion, but believes that UIIS must retain new counsel in order to continue this litigation.

**WHEREFORE**, the undersigned counsel and Grayson respectfully ask this Court to grant their request to withdraw as UIIS's counsel of record.

Respectfully submitted,

s/James A. McMillan

James A. McMillan, Esq.
GRAYSON, KUBLI & HOFFMAN, P.C.
1420 Spring Hill Road
Suite 230
McLean, Virginia 22102
Ph: (703) 749-0000
Fax: (703) 442-8672

Date: October 31,2003

Counsel for Plaintiff UIIS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 03-413C** |
| | ) | **(Judge Block)** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Unopposed Motion for Leave to Withdraw as Counsel of Record for Plaintiff filed by Grayson, Kubli & Hoffman, P.C. and James A. McMillan, and for good cause shown, it is, this ____ day of _______________:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**.

___________________________
Lawrence J. Block
Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October 2003, I sent a copy of the foregoing via first class U.S. Mail, postage prepaid to:

Ms. Kathleen Guidice
President, United International Investigative Services
C/O Lyons Security Service, Inc.
2582 N. Santiago Boulevard
Suite B
Orange, California 92867 and

Opher Shweiki, Esq.
U.S. Department of Justice
1100 L Street, N. W., Room 11062
Washington, D.C. 20530

________________________
James A. McMillan