IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-413C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO COUNSEL
FOR PLAINTIFF'S MOTION TO WITHDRAW

Pursuant to Rule 7.1 of the Rules of this Court, defendant, the United States, respectfully submits this response to the October 31, 2003 motion by the attorney of record for United International Investigative Services, Inc. ("UIIS"), Grayson, Kubli & Hoffman, P.C. ("Grayson"), to withdraw as counsel.

As stated in that motion, the United States does not oppose Grayson's request to withdraw as counsel. However, UIIS must retain new counsel in order to continue its action. We respectfully clarify that, pursuant to statute, 28 U.S.C. § 1654, and Rule 83.1(c)(8) of the Rules of this Court,[1] a corporation, such as UIIS, must be represented by an attorney before this Court. Indeed, in Talasila, Inc. v. United States, the United States Court of Appeals for the Federal Circuit expressly recognized that a plaintiff-corporation "must be represented by counsel in order to pursue its claim against the United States in the Court of Federal Claims." 240 F.3d 1064, 1066 (Fed. Cir. 2001) (citations omitted).

---

[1] Former Rule 81(d)(8) contains nearly verbatim language as Rule 83.1(c)(8), which became effective on May 1, 2002.

As a consequence, if Grayson is granted leave to withdraw pursuant to Rule 83.1(c)(6), and if UIIS intends to pursue this action, it must submit a notice of appearance by an attorney admitted to practice before this Court.[2]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Opher Shweiki
OPHER SHWEIKI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 514-7965

Attorneys for Defendant

C. JOSEPH CARROLL
Office of General Counsel
United States Marshals Service
Washington, D.C.

November 7, 2003

[2] We respectfully suggest that the Court identify a deadline date by which new counsel must submit an appearance in this case, with dismissal of this case if no appearance is filed by the date. See Talasila, 240 F.3d at 1067 (affirming a United States Court of Federal Claims' order that dismissed the plaintiff corporation's action for failure to obtain new counsel within 60 days after the corporation's original counsel withdrew from the case).

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2003, a copy of "DEFENDANT'S RESPONSE TO COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on this 7th day of November 2003, I caused to be placed in the United States mail (first-class mail, postage paid) copies of "DEFENDANT'S RESPONSE TO COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW," addressed as follows:

James A. McMillan, Esq.
Brian T. Scher, Esq.
Grayson, Kubli & Hoffman, P.C.
1420 Spring Hill Road, Suite 230
McLean, VA 22102

s/Opher Shweiki