# United States Court of Federal Claims

November 13, 2003

No. 03-413 C

United International
Investigative Services, Inc.,

Plaintiff,

United States of America,

Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Plaintiff's counsel, James A. McMillan, and Grayson, Kubli & Hoffman, P.C. ("Grayson"), filed on November 3, 2003 an unopposed motion to withdraw as counsel of record for plaintiff pursuant to RCFC 83.1(c)(6).

Having considered Grayson's motion to withdraw as counsel of record, it is ORDERED that the motion is GRANTED.

s/ Lawrence J. Block
Lawrence J. Block
Judge